# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, | |
|     Plaintiff, | Case No. 2:17-cv-00695-JCM-GWF |
| vs. | **ORDER** |
| REGISTRANT OF LIVEMGM.COM, | |
|     Defendant. | |

This matter is before the Court on Plaintiff's *Ex Parte* Motion for Leave to Serve Defendant by Email (ECF No. 6), filed on March 15, 2017.

The Court finds that Plaintiff's motion was unnecessarily filed *ex parte* and will therefore deny Plaintiff's motion, without prejudice, on that basis.  If Plaintiff chooses to refile its motion, it should send a copy of the same to the email address that it seeks to serve Plaintiff through and provide the Court with a certificate of service.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's *Ex Parte* Motion for Leave to Serve Defendant by Email (ECF No. 6) is **denied** without prejudice.

DATED this 16th day of March, 2017.

                                                              GEORGE FOLEY, JR.
                                                              United States Magistrate Judge