Michael J. McCue
Nevada Bar No. 6055
Jonathan W. Fountain
Nevada Bar No. 10351
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8224
E-mail: mmccue@lrrc.com
E-mail: jfountain@lrrc.com

*Attorneys for Plaintiff*
*MGM Resorts International*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, | Case No. 2:17-cv-00695-JCM-GWF |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR ALTERNATIVE SERVICE AND TEMPORARY RESTRAINING ORDER** |
| v. | |
| REGISTRANT OF LIVEMGM.COM, | |
| Defendant. | |

Plaintiff MGM Resorts International ("Plaintiff" or "MGM Resorts") has moved the Court, *ex parte*, for entry of an order for alternative service, for a temporary restraining order, and for a preliminary injunction based upon Defendant's use of Plaintiff's federally registered trademarks (U.S. Trademark Reg. Nos. 1,060,489, 2,534,227, and 1,043,787) (the "MGM Marks") in the <livemgm.com> domain name and on the <livemgm.com> website.

The Court, having duly considered Plaintiff's Complaint, *Ex Parte* Motion for Alternative Service, Temporary Restraining Order, and Preliminary Injunction, and the declarations and exhibits submitted therewith, makes the following findings and conclusions:

1.     Plaintiff is likely to succeed on the merits of its claim for cybersquatting in violation of 15 U.S.C. § 1125(d).  Plaintiff is likely to succeed in showing that Defendant registered <livemgm.com> with a bad faith intent to profit from Plaintiff's MGM Marks; that Plaintiff's MGM Marks were distinctive when Defendant registered <livemgm.com>; and that Defendant's domain name, <livemgm.com> is confusingly similar to Plaintiff's federally registered, incontestable, MGM Marks.  Plaintiff is also likely to succeed on the merits of its

-1-

claim for trademark infringement in violation of 15 U.S.C. § 1114(1). Plaintiff is likely to succeed in showing that Plaintiff owns valid federal trademark registrations for its MGM Marks and that Defendant's use of confusingly similar marks on the <livemgm.com> website is likely to cause consumer confusion.

2.    Plaintiff has suffered irreparable injury to its reputation and goodwill as Defendant's conduct has already caused one consumer to falsely associate Defendant's online casino services with Plaintiff.  Absent temporary injunctive relief, Plaintiff is likely to continue to suffer irreparable injury and harm as a result of Defendant's impersonation of Plaintiff through Defendant's <livemgm.com> domain name and website.

3.    The harm to Plaintiff in denying the requested temporary restraining order outweighs the harm to the legitimate interests of Defendant from granting such relief.

4.    The public interest weighs in favor of granting Plaintiff the requested temporary restraining order.

**NOW THEREFORE, IT IS HEREBY ORDERED THAT** Plaintiff's *Ex Parte* Motion for Alternative Service and Temporary Restraining Order is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED THAT:**

1.    On or before April 10, 2017, Plaintiff shall serve the Summons, Complaint, Plaintiff's motion for preliminary injunction, the supporting declarations thereto, and this Order upon Defendant by email to: livemgm@domainsbyproxy.com;

2.    Plaintiff shall serve all other pleadings and papers that must be served on Defendant by email to: livemgm@domainsbyproxy.com;

3.    Defendant and all other persons acting in concert or participation with Defendant are temporarily enjoined and restrained from: (a) using the MGM Marks or any confusingly similar variations thereof, alone or in combination with any other letters, words, letter string, phrases or designs in commerce, including, without limitation, on any website, in any domain name (including, without limitation, in <livemgm.com>), in any social network user name, in any hidden website text, or in any website metatag; and (b) engaging in false or misleading advertising or commercial activities likely to deceive consumers into believing that any

Defendant is Plaintiff or that any of Defendant's services are associated or affiliated with, connected to, approved by, or sponsored by Plaintiff;

4.      GoDaddy.com, LLC shall immediately remove or disable the domain name server information for <livemgm.com> and  place <livemgm.com> on hold and lock pending further order of the Court; and

5      Plaintiff shall deposit $100 with the Clerk of the Court as security for this temporary restraining order.

**IT IS HEREBY FURTHER ORDERED THAT**, a preliminary injunction hearing is set for April 21, 2017, at 10:00 a.m. in courtroom 6A.

Defendant shall file and serve any opposition to Plaintiff's motion for preliminary injunction on or before: ___April 14, 2017.___.  Plaintiff shall file and serve any reply in support of its motion for preliminary injunction on or before: ___April 19, 2017___.

**SIGNED AND ENTERED** April 7, 2017, at 11:40 a.m.

_____
**UNITED STATES DISTRICT JUDGE**