Michael J. McCue
Nevada Bar No. 6055
Jonathan W. Fountain
Nevada Bar No. 10351
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8224
E-mail: mmccue@lrrc.com
E-mail: jfountain@lrrc.com

*Attorneys for Plaintiff*
*MGM Resorts International*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MGM RESORTS INTERNATIONAL, | Case No. 2:17-cv-00695-JCM-GWF |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| REGISTRANT OF LIVEMGM.COM, | |
| Defendant. | |

Plaintiff MGM Resorts International ("Plaintiff" or "MGM Resorts") has moved the Court for entry of a preliminary injunction based upon Defendant's use of Plaintiff's federally registered trademarks (U.S. Trademark Reg. Nos. 1,060,489, 2,534,227, and 1,043,787) (the "MGM Marks") in the <livemgm.com> domain name and on the <livemgm.com> website.

The Court, having duly considered Plaintiff's Complaint (ECF No. 1), Motion for Preliminary Injunction (ECF No. 10), and the declarations and exhibits submitted therewith, hereby makes the following findings and conclusions:

1. On April 7, 2017, the Court entered its Order Granting Plaintiff's *Ex Parte* Motion for Alternative Service and Temporary Restraining Order (ECF No. 11). The order required Plaintiff to, among other things, by April 10, 2017, serve the Summons, Complaint, Plaintiff's Motion for Preliminary Injunction, the supporting declarations thereto, and the Court's April 7, 2017 Order, upon Defendant by email to livemgm@domainsbyproxy.com. The order also required Plaintiff to deposit $100 with the Clerk of the Court as security for the temporary restraining order. The order further required Defendant to file and serve any opposition to

Plaintiff's Motion for Preliminary Injunction by April 14, 2017, and set April 21, 2017 at 10:00 a.m. as the date and time for hearing on Plaintiff's Motion for Preliminary Injunction.

2. On April 10, 2017, Plaintiff served, among other documents, the issued Summons, Complaint, Plaintiff's Motion for Preliminary Injunction, the supporting declarations thereto, and the Court's April 7, 2017 Order upon Defendant by email to livemgm@domainsbyproxy.com (ECF No. 12).

3. On April 10, 2017, Plaintiff deposited $100 with the Clerk of the Court (ECF No. 13).

4. Defendant failed to file and serve an opposition to Plaintiff's Motion for Preliminary Injunction by April 14, 2017.

5. Defendant failed to appear at the April 21, 2017 hearing on Plaintiff's Motion for Preliminary Injunction.

6. Plaintiff is likely to succeed on the merits of its claim for cybersquatting in violation of 15 U.S.C. § 1125(d). Plaintiff is likely to succeed in showing that Defendant registered <livemgm.com> with a bad faith intent to profit from Plaintiff's MGM Marks; that Plaintiff's MGM Marks were distinctive when Defendant registered <livemgm.com>; and that Defendant's domain name, <livemgm.com> is confusingly similar to Plaintiff's federally registered, incontestable, MGM Marks. Plaintiff is also likely to succeed on the merits of its claim for trademark infringement in violation of 15 U.S.C. § 1114(a). Plaintiff is likely to succeed in showing that Plaintiff owns valid federal trademark registrations for its MGM Marks and that Defendant's use of confusingly similar marks on the <livemgm.com> website is likely to cause consumer confusion.

7. Plaintiff has suffered irreparable injury to its reputation and goodwill as Defendant's conduct has already caused one consumer to falsely associate Defendant's online casino services with Plaintiff. Absent preliminary injunctive relief, Plaintiff is likely to continue to suffer irreparable injury and harm as a result of Defendant's impersonation of Plaintiff through Defendant's <livemgm.com> domain name and website.

8. The harm to Plaintiff in denying the requested preliminary injunction outweighs

the harm to the legitimate interests of Defendant from granting such relief.

9. The public interest weighs in favor of granting Plaintiff the requested preliminary injunction.

**NOW THEREFORE, IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Preliminary Injunction (ECF No. 10) is **GRANTED**.

**IT IS HEREBY FURTHER ORDERED THAT**, pending a full trial on the merits or further order of the Court:

1. Defendant and all other persons acting in concert or participation with Defendant are preliminarily enjoined and restrained from: (a) using the MGM Marks or any confusingly similar variations thereof, alone or in combination with any other letters, words, letter string, phrases or designs in commerce, including, without limitation, on any website, in any domain name (including, without limitation, in <livemgm.com>), in any social network user name, in any hidden website text, or in any website metatag; and (b) engaging in false or misleading advertising or commercial activities likely to deceive consumers into believing that any Defendant is Plaintiff or that any of Defendant's services are associated or affiliated with, connected to, approved by, or sponsored by Plaintiff;

2. GoDaddy.com, LLC shall immediately remove or disable the domain name server information for <livemgm.com> and place <livemgm.com> on hold and lock; and

3. The $100 Plaintiff previously deposited with the Clerk of the Court shall remain on deposit with the Clerk of the Court as security for this preliminary injunction.

**SIGNED AND ENTERED** this 21st day of April, 2017.


_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE